IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. WALKER,             )<br>                                            )<br>        Plaintiff                      )<br>                                            )<br>    v.                                    )<br>                                            )<br>NCO FINANCIAL SYSTEMS, INC.,  )<br>                                            )<br>        Defendant                    )<br>                                            ) | Case No.: 10-CV-03907 |

**DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S FEDERAL
<u>RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT</u>**

NOW COMES the defendant, NCO Financial Systems, Inc. (NCO), through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc. NCO Group, Inc. is a privately held corporation incorporated in Delaware. Various corporate affiliates of Citigroup Inc. own

approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

                                        Respectfully submitted,

Dated: September 7, 2010        /s/ Ross S. Enders
                                        Ross S. Enders, Esq.
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL
                                        200 Route 31 North
                                        Suite 203
                                        Flemington, NJ 08822
                                        PH    (908) 751-5941
                                        Fax   (908) 751-5944
                                        renders@sessions-law.biz

                                        Attorneys for Defendant NCO Financial Systems, Inc.

- 3 -

## CERTIFICATE OF SERVICE

I certify that on this 7th day of September, 2010, a copy of the foregoing Defendant NCO Financial Systems, Inc.'s Corporate Disclosure Statement was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
kimmel@creditlaw.com

/s/ Ross S. Enders
Attorney for Defendant NCO Financial Systems, Inc.