IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. WALKER | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-3907 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, February 9, 2011.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106.  REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                          Michael E. Kunz
                          Clerk of Court

                          By: /s/Janet Vecchione
                          Janet Vecchione
                          Deputy Clerk
                          Phone:267-299-7074

Date:September 9, 2010

Copies:  Courtroom Deputy to Judge J. Curtis Joyner
      Docket Clerk - Case File

      Counsel:  C. Kimmel, Esq.
             R. Enders, Esq.

ARB2.FRM