*Kimmel and Silverman, P.C.*
**All Time for Selected File:**
**William Walker v. NCO Financial Systems**

Client ID: 10-00259
Matter ID: 10-00182

| Date | Initials | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| May 5, 2010 | JR | Review Questionnaire and Documents Received from Client to Determine if Complete (0.2); Scan and Place Appropriately in Folders for Attorney Review (0.1) | 0.30 | $165.00 | $49.50 |
| May 5, 2010 | CTK | Review Documents in File (0.5); Interview Client (0.5); Prepare Memo to File Re: Counts to File (0.5); Research Applicable State/Federal Statutes to Determine possible Claims (0.5) | 2.00 | $350.00 | $700.00 |
| May 5, 2010 | JR | Prepare Letter of Representation (0.1); Prepare Email to S. Geier at Sessions Re: Letter of Representation and Responses to Standard Questions (0.2) | 0.30 | $165.00 | $49.50 |
| May 6, 2010 | CTK | Email Exchange with S. Geier Re: New Claim | 0.10 | $350.00 | $35.00 |
| May 11, 2010 | JR | Email to Client Requesting Additional Documents; Review Client Response Email | 0.10 | $165.00 | $16.50 |
| May 11, 2010 | CTK | Review Email from S. Geier Requesting Copy of Client's Credit Report and NCO Account Number (0.1); Email to JR Requesting he Follow-up with Client Re: Same (0.1) | 0.20 | $350.00 | $70.00 |
| May 12, 2010 | JR | Email Response to CTK Re: S. Geier's Request for Credit Report (0.1); Email to Client Requesting NCO Account Number and Credit Report | 0.10 | $165.00 | $16.50 |
| May 13, 2010 | JR | Email Exchange with Client Re: Credit Report (0.2); Receipt and Review of Client's Credit Report (0.1); Email Client to Confirm (0.1); Redact and Add Credit Report to Database (0.1) | 0.50 | $165.00 | $82.50 |
| May 14, 2010 | JR | Review Email from Client with Additional Documents (0.1); Review Documents and Add Documents to Database (0.1) | 0.20 | $165.00 | $33.00 |
| May 14, 2010 | JR | Email Redacted Credit Report Entry to S. Geier | 0.10 | $165.00 | $16.50 |



PLAINTIFF'S EXHIBIT B

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| May 27, 2010 | JR | Review Email from S. Geier Re: Client's SSN (0.1); Review Documents, Obtain SSN and Respond (0.2) | 0.30 | $165.00 | $49.50 |
| June 10, 2010 | CTK | Review E-mail from S. Geier Re: Located information about Client | 0.10 | $350.00 | $35.00 |
| July 23, 2010 | CTK | Draft Complaint | 1.00 | $350.00 | $350.00 |
| July 26, 2010 | CLS | Email Client Complaint for Review | 0.10 | $165.00 | $16.50 |
| July 27, 2010 | CTK | Phone Conference with Client to Discuss Allegations in Complaint and Revisions; Revise Complaint as Necessary | 0.50 | $350.00 | $175.00 |
| Aug 3, 2010 | CTK | Discuss Filing Complaint with CS | | | |
| Aug 3, 2010 | CLS | Review Final Draft of Complaint for Typos and Exhibits to Pull (none) and Scan (0.2); Prepare Civil Cover Sheet (0.1); Prepare Designation Form/Arbitration Certification (0.1); Prepare Case Management Form (0.1); Provide Documents to JE to Prepare on Disk (0.1) | 0.60 | $165.00 | $99.00 |
| Aug 4, 2010 | JE | Prepare Copy of Complaint on CD for Electronic Filing | 0.20 | $150.00 | $30.00 |
| Aug 5, 2010 | | Complaint Filing Fee | | | $350.00 |
| Aug 16, 2010 | CTK | Discuss Service of Complaint with L. Harrison | 0.10 | $350.00 | $35.00 |
| Sept 1, 2010 | CTK | Review Email from R. Enders Requesting Demand (0.1); Review File and Discuss with Client (0.3); Prepare Demand to R. Enders (0.1) | 0.40 | $350.00 | $140.00 |
| Sep 2, 2010 | CTK | Review Five Emails from OPC Re: Settlement Offers (0.5); Respond in Five E-mails Re: Settlement Demands (0.5); Discuss Settlement with Client (0.2) | 1.20 | $350.00 | $420.00 |
| Sep 2, 2010 | CTK | Review Offer of Judgment from R. Enders (0.1); Email Client Re: Same (0.1); Review Client Email indicating Acceptance (0.1) | 0.40 | $350.00 | $140.00 |
| Sep. 3, 2010 | CLS | Efile Acceptance of Offer of Judgment | 0.10 | $165.00 | $16.50 |
| | | **Total Time/Amount:** | 8.90 | | $2,925.50 |