IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIELLE WALKER            : CIVIL ACTION
                           :
     vs.                   :
                           : NO. 10-CV-2199
NCO FINANCIAL SYSTEMS, INC.:

### ORDER

AND NOW, this 8th day of September, 2010, upon consideration of Plaintiff's Petition for Attorney's Fees (Doc. No. 7) and it appearing to the Court that the Petition is uncontested and that the fees and costs sought by Plaintiff's counsel are fair and reasonable, it is hereby ORDERED that the petition is GRANTED and Defendant is DIRECTED to pay to Plaintiff's counsel attorney's fees and costs in the aggregate amount of $4,186.50. See generally, 15 U.S.C. §1692k(a)(3).

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,            J.



PLAINTIFF'S EXHIBIT
F