## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion for an Award of Attorney's Fees and Costs was served via the electronic filing system and regular mail, postage-prepaid, addressed to the following:

Shannon M. Geier, Esquire
Sessions Fishman Nathan & Israel
55 W. Monroe Street
Suite 1120
Chicago, IL 60603


Ross S. Enders, Esquire
Sessions Fishman Nathan & Israel
200 Route 31 North
Suite 203
Flemington, NJ 08822

                                                                     By: /s/ Craig Thor Kimmel
                                                                          Craig Thor Kimmel
                                                                          Kimmel & Silverman, P.C.
                                                                          30 E. Butler Pike
                                                                          Ambler, PA 19002
                                                                          Phone: (215) 540-8888
                                                                          Fax: (215) 540-8817
                                                                          Email: kimmel@creditlaw.com

Dated:      September 28, 2010