# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. WALKER, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC. <br><br> Defendant. | Case No.: 2:10-CV-03907 |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders  
Ross S. Enders, Esquire  
Attorney for the Defendant

Date: October 12, 2010

/S/ Craig Thor Kimmel  
Craig Thor Kimmel, Esquire  
Attorney for the Plaintiff

Date: October 12, 2010

BY THE COURT:

_____
                                    J.