IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| WILLIAM F. WALKER | | |
| | : | |
| v. | | |
| | : | |
| | | No. 10-3907 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

## CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently sheduled for

ARBITRATION at 9:30 am on Wednesday, February 9, 2011, has been CANCELLED.

Michael E. Kunz
Clerk of Court


By: /s/Janet Vecchione_____
Janet Vecchione
Deputy Clerk
Phone:267-299-7074

Date:November 23, 2010

Copies:        Courtroom Deputy to Judge J. Curtis Joyner
               Docket Clerk - Case File

               Counsel:        C. Kimmel, Esq.
                               R. Enders, Esq.

ARBCAN.FRM